IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AMELIA DE JESUS<br><br>Plaintiff<br><br>vs.<br><br>WILLIAM J. HENDERSON,<br>Postmaster General, U.S. Postal Service<br><br>Defendant | CIVIL NO. 98-2323 (JP) |

## FINAL JUDGMENT

Pursuant to the joint Notice of Voluntary Dismissal (**docket No. 23**), which is hereby **GRANTED**, the Court hereby **DISMISSES** the above-styled case **WITH PREJUDICE**. This Judgment is entered without the imposition of costs and attorneys' fees.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, this 4th day of January, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

4

AO 72A
(Rev.8/82)